JS-6

NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOPHIE, INC., a California Corporation formerly known as mSTATION Corporation,<br><br>                Plaintiff,<br><br>        v.<br><br>ANA LIZA CORDOVA, an Individual; and DOES 1-10, Inclusive,<br><br>                Defendants. | Case No.: SA CV12-01124 JST (ANx)<br><br>**PERMANENT INJUNCTION AGAINST DEFENDANT ANA LIZA CORDOVA** |

The Court, pursuant to the Stipulation For Entry of Permanent Injunction ("Stipulation"), between Plaintiff MOPHIE, INC. ("Plaintiff"), on one hand, and Defendant ANA LIZA CORDOVA ("Defendant"), on the other hand, hereby ORDERS, ADJUDICATES and DECREES that a permanent injunction shall be and hereby is entered against Defendant as follows:

1. **PERMANENT INJUNCTION.**  Defendant and any person or entity acting in concert with, or at her direction, including any and all agents, servants, employees, partners, assignees, distributors, suppliers, resellers and any others over which it may exercise control, are hereby restrained and enjoined, pursuant to 15 *U.S.C.* §1116 and 17 *U.S.C.* §502, from engaging in, directly or indirectly, or authorizing or assisting any third party to engage in, any of the following activities in the United States and throughout the world:

a. copying, manufacturing, importing, exporting, marketing, selling, offering for sale, distributing or dealing in any product or service that uses, or otherwise making any use of, any Plaintiff's MOPHIE® trademarks or copyrights, and/or any intellectual property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of Plaintiff's MOPHIE® trademarks or copyrights, whether such use is as, on, in or in connection with any trademark, service mark, trade name, logo, design, Internet use, website, domain name, metatags, advertising, promotions, solicitations, commercial exploitation, television, web-based or any other program, or any product or service, or otherwise;

b. performing or allowing others employed by or representing Defendant, or under her control, to perform any act or thing which is likely to injure Plaintiff, any of Plaintiff's MOPHIE® trademarks or copyrights, and/or Plaintiff's business reputation or goodwill;

c. engaging in any acts of federal and/or state trademark infringement, false designation of origin, unfair competition, dilution, federal

1   and/or common law copyright infringement, or other act which would tend

2   damage or injure Plaintiff; and/or

3           d.      using any Internet domain name or website that includes any

4   Plaintiff's trademarks, including the MOPHIE® marks.

5       2.      Defendant is ordered to deliver immediately for destruction all

6   unauthorized products, including counterfeit MOPHIE® products and related

7   products, labels, signs, prints, packages, wrappers, receptacles and advertisements

8   relating thereto in their possession or under their control bearing any of Plaintiff's

9   intellectual property or any simulation, reproduction, counterfeit, copy or

10  colorable imitations thereof, and all plates, molds, heat transfers, screens, matrices

11  and other means of making the same, to the extent that any of these items are in

12  Defendant's possession.

13      3.      This Permanent Injunction shall be deemed to have been served upon

14  Defendant at the time of its execution by the Court and shall terminate this action.

15      4.      The Court finds there is no just reason for delay in entering this

16  Permanent Injunction, and, pursuant to Rule 54(a) of the *Federal Rules of Civil*

17  *Procedure*, the Court directs immediate entry of this Permanent Injunction against

18  Defendant.

19      5.      Defendant will be making an agreed upon payment to Plaintiff, as

20  more particularly described in a separate Confidential Settlement Agreement.

21      6.      **<u>CONTINUING JURISDICTION.</u>**   This Court expressly retains

22  jurisdiction over this matter to enforce any violation of the terms of this

23  Permanent Injunction.

24  / / /

25  / / /

26  / / /

27

28

1         7.    **NO FEES AND COSTS.**  Each party shall bear its own attorneys'

2    fees and costs incurred in this matter.

3         IT IS SO ORDERED, ADJUDICATED and DECREED this 23rd day of

4    October, 2012.

5

6    _____

7    HON. JOSEPHINE STATON TUCKER
     United States District Judge for the Central

8    District of California

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28